# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

**FILED**
06/22/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

(Full name of plaintiff(s))

**Harold M. Cochran Jr.**

v.

(Full name of defendant(s))

Trooper: J. Smith (#ISP 9346)
Trooper: B. Brown (#ISP 5579)
Trooper: J. Smith (#ISP 5539)

Case Number:
2:23-cv-370-MPB-MG

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of **Indiana** (State), and is located at **Putnamville Correctional Facility 1946 W. US Highway 40 Greencastle, IN 46135** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **All listed above** (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Indiana State Police__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

All of the troopers listed above violated my rights by kicking in my door and holding me at gunpoint without a warrant. The proof that I have is a consent to search document that they had me sign. If they had a warrant they would have not needed me to sign any document. I lost my home and everything in it when I was taken to jail.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want an award of money because I lost my home and everything in it when I was taken to jail. I had valuable coins, stamps, and other collectibles that I had been collecting for years. I also want the officers to know that they have to abide by the law as much, if not more, as I have to.

E.   JURY DEMAND

☐   Jury Demand – I want a jury to hear my case
        OR

☒   Court Trial – I want a judge to hear my case

Dated this __15__ day of __June__ 20__23__.

Respectfully Submitted,

__Harold M. Cochran Jr.__
Signature of Plaintiff

__930259__
Plaintiff's Prisoner ID Number

__Putnamville Correctional Facility__
__1946 W. US Highway 40 Greencastle, IN. 46135__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

__Harold M. Cochran Jr.__
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

## FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.