Case 2:23-cv-00370-MPB-MG   Document 10   Filed 09/22/23   Page 1 of 1 PageID #: 23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HAROLD M. COCHRAN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00370-MPB-MG |
| | ) |
| J. SMITH (#ISP5539), | ) |
| J. SMITH (#ISP9346), | ) |
| B. BROWN (#ISP5579), | ) |
| | ) |
| Defendants. | ) |

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED without prejudice**.

Dated: September 22, 2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

HAROLD M. COCHRAN, JR.
930259
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only