UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HAROLD M. COCHRAN, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 2:23-cv-00370-MPB-MG |
| J. SMITH (#ISP5539) Trooper,<br>J. SMITH (#ISP9346) Trooper,<br>B. BROWN (#ISP5579) Trooper, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters final judgment in favor of the defendants. The complaint is dismissed for failure to state a claim upon which relief can be granted.

Dated: September 24, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

HAROLD M. COCHRAN, JR.
930259
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only